ACCEPTED
03-15-00259-CV
7704355
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 2:46:37 PM
JEFFREY D. KYLE
CLERK

# HUSCH BLACKWELL

Elizabeth G. Bloch
111 Congress Avenue, Suite 1400
Austin, TX 78701-4043
Direct: 512-703-5733
Fax: 512-480-5002
heidi.bloch@huschblackwell.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

11/5/2015 2:46:37 PM

JEFFREY D. KYLE
Clerk

November 5, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
209 West 14th Street, Room 101
Austin, Texas 78701

  Re:  Case No. 03-15-00259-CV; *Becky, Ltd. v. The City of Cedar Park, et al.*

Dear Mr. Kyle:

  Please be advised that the undersigned intends to argue this case on December 2, 2015, at 1:30 p.m., on behalf of Appellant, Becky, Ltd.

         Sincerely,

         */s/ Elizabeth G. Bloch*
         Elizabeth G. Bloch

cc:  VIA E-File
   Cobby Caputo
   Mark Hawkins
   Leonard Smith

AUS-6188647-1 521106/1